### FRANK HICKS V. THE STATE.

No. 3284.   Decided October 28, 1914.

**Wife Abandonment—Sufficiency of the Evidence—Conflict of Testimony.**

Where, upon trial of abandonment of his wife, the defendant was convicted of said offense upon sufficient testimony, there was no reversible error, although the evidence was conflicting.

Appeal from the County Court of Tarrant.   Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of wife abandonment; penalty, a fine of $25. The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted for the abandonment of his wife and failure to support her.

The testimony for the State is sufficient to support the verdict.   The testimony introduced on the part of appellant refutes the charge in the indictment and contradicts the testimony for the State.   This was a matter for the jury, and this court would not feel justified in reversing on account of the conflict in the testimony.   Therefore, the judgment will have to be affirmed.

*Affirmed.*